1  MCGREGOR W. SCOTT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America
7



8        IN THE UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA

10 | In the Matter of the Search of: | CASE NO. 1:18-sw-00125-SAB
                                              1:18-sw-00103-SKO
11 | CELLULAR TELEPHONE ASSIGNED CALL           1:18-sw-00160-EPG
   | NUMBER 559-601-9371;
12 |
   | CELLULAR TELEPHONE ASSIGNED CALL
13 | NUMBER 559-558-2568;             | ORDER TO UNSEAL DOCUMENTS

17    The documents in the above referenced matters were sealed by Order of this Court pursuant to
18 sealing orders filed in each matter.
19    IT IS HEREBY ORDERED that the above referenced matters be unsealed and be made public
20 record.
21 DATED: April 27, 2018

HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE

Motion and Order to Unseal Documents                2